June 24, 2005

Mr. Thomas C. Wright
Wright Brown & Close, LLP
Three Riverway, Suite 600
Houston, TX 77056

Ms. Jennifer Lea Mathis-Volk
Locke Liddell & Sapp LLP
100 Congress Ave Ste 300
Austin, TX 78701

Mr. Michael J. Clark
916 S. Capital of Texas Hwy. C-100
Austin, TX 78746-5256
Ms. Barbara M. Ellis
Locke Liddell & Sapp LLP
100 Congress, Suite 300
Austin, TX 78701

Mr. C. Mark Stratton
Henslee, Fowler, Hepworth & Schwartz
816 Congress Avenue, Suite 800
Austin, TX 78701-2443

RE: Case Number: 03-0825
 Court of Appeals Number: 03-02-00030-CV
 Trial Court Number: 97-13778

Style: QWEST INTERNATIONAL COMMUNICATIONS, INC. (AND/OR QWEST
 COMMUNICATIONS INTERNATIONAL, INC.); QWEST COMMUNICATIONS,
 CORPORATION; AND SP CONSTRUCTION SERVICES INC.
 v.
 AT&T CORP. AND AT&T COMMUNICATIONS, INC. OF THE SOUTHWEST, INC., ET
 AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]
 Andrew Weber, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Amalia |
| |Rodriguez-Mendoza |
| |Ms. Diane O'Neal |